COOK, Circuit Judge.
Plaintiff JoAnn[1] Anderson, a fifty-seven-year-old African-American female, filed this Title VII suit against her employer, defendant John Potter, Postmaster General of the United States Postal Service (the “Postal Service”). Anderson alleges that the Postal Service discriminated and reta *778 Hated against her on the basis of race, sex, age, and prior Equal Employment Opportunity (“EEO”) complaints, and subjected her to a hostile work environment. In a thorough opinion addressing Anderson’s numerous factual contentions, the district court concluded that Anderson failed to articulate a prima facie case for any of her claims, and granted summary judgment for the Postal Service. Having reviewed the briefs and record, we reach the same conclusion. Because a separate opinion would serve no jurisprudential purpose, we affirm the court’s judgment, adopting its analysis.

. The official case caption misspells JoAnn Anderson’s first name.